AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Daniel E. Chase, an individual,
Steven J. Meister, an individual,
William David, an individaul,
Jay Andrews, an individual,
Raymond Tetrault and Sally N. Tetrault, an individual,
Norman O. Tetrault and Rita J. Tetrault, Individuals, and
Steven J. Sadowski, an individual

V.

Neulan D. Midkiff, an individual,
Neulan David Midkiff, Jr., an individual,
Donna Midkiff, an individual,
Central Financial Services, LLC,
and Joshua Tree Group, LLC,
a Nevada limited liability company

## JUDGMENT IN A CIVIL CASE

Case Number: 05-cv-03010-ADM-AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. The Court hereby finds Defendants in default.
2. Judgment shall be entered against the defendants, jointly and severally and in favor of Plaintiffs as follows:
Daniel E. Chase- $1,242,420.00; Steven J. Meister- $72,000.00;William David- $239,500.00; Jay Andrews- $218,440.00; Raymond Tetrault and Sally Tetrault- $84,500.00; Norman Tetrault and Rita Tetrault- $46,500.00; Steven J. Sadowski- $250,000.00.

May 9, 2006
Date

RICHARD D. SLETTEN, CLERK

s/Sara Brennan
(By) Sara Brennan, Deputy Clerk