# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Daniel E. Chase, Steven J. Meister,
William David, Jay Andrews, Raymond
Tetrault, Sally N. Tretault, Norman
O. Tretault, Rita J. Tretault, and
Steven J. Sadowski, individuals,

           Plaintiffs,                  **ORDER**

       v.                             Civ. No. 05-3010 ADM/AJB

Neulan D. Midkiff, Neulan David Midkiff,
Jr., Donna Midkiff, individuals; Central
Financial Services, LLC; and Joshua Tree
Group, LLC, a Nevada limited liability
company,

           Defendants.

_____

Thomas E. Borton IV, Esq., Troutman Sanders LLP, Atlanta, GA, by special appearance on
behalf of S. Gregory Hays.

_____

      Before the Court is S. Gregory Hays' ("Hays") Motion to Appear by Special Permission

and Notice of Stay.  Hays is a federally appointed Receiver for two of the Defendants in this

matter, Neulan D. Midkiff and Joshua Tree Group, LLC.  Hays' counsel, Thomas E. Borton IV

("Borton"), seeks to specially appear in this matter to file Hays' Notice of Stay.  The Stay is

sought to await the outcome of another case, <u>Securities and Exchange Commission v. Correll</u>,

No. 4:05cv472 (E.D. Tex. filed Dec. 7, 2005).  The basis of the Stay is a Receivership Order

entered in the <u>Correll</u> case by the Honorable Richard A. Schell of the United States District

Court for the Eastern District of Texas, staying and restraining any legal actions for damages

against Neulan D. Midkiff and Joshua Tree Group, LLC.

      Borton avers that due to a recent stroke, Plaintiffs' current counsel, Peter G. Hill, is

currently unable to represent his clients in this matter.  Borton is unaware of anyone else

appearing to represent Plaintiffs, and does not know if his Notice of Stay is opposed.  In light of

the circumstances, Borton proposes that the Court grant the Notice of Stay on the condition that

Mr. Hill or Plaintiffs' new counsel will be allowed additional opportunity in the future to oppose

the Notice of Stay if he or she wishes to do so.

In consideration of the above referenced factors, Hays' Motion to Appear by Special

Permission for Thomas E. Borton IV is **GRANTED**.  Hays' Notice of Stay is **GRANTED**, on

the condition that Plaintiffs may seek reconsideration of this Order without prejudice to having

not initially opposed it.

BY THE COURT:


_____s/Ann D. Montgomery_____
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated:  August 11, 2006.